ORIGINAL

Notice of Motion to Quash
United States District Court for the Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 21 2010

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

LFP INTERNET GROUP, LLC

     Plaintiff,

VS.

DOES 1 = 2619

     Defendants

Case No. 3-10-CV-02139-L

NOTICE OF MOTION AND MOTION TO QUASH RULE 45 SUBPOENA

Date: 1/7/2011

Judge: Jeff Kaplan

Date Action Filed: November 2, 2010

To: LFP Internet Group, LLC, plaintiff, and Evan Stone, attorney of record:

NOTICE IS GIVEN that defendant IP address 168.103.58.164, John Doe makes this motion only and, move for an order quashing the Rule 45 Subpoena for Qwest Communications to release records for IP address 168.103.58.164. I John Doe contacted Qwest Communications and through a lengthily search Qwest could not find that I, John Doe was assigned the IP address 168.103.58.164 issued in the subpoena. This motion is made on the grounds that the court lacks just cause over the person of this defendant.

Date: December 15, 2010

*John Doe*

DULUTH MN 558

17 DEC 2010 PM 1 L

RECEIVED
8 AM
DEC 21 2010

Clerk's Office
1100 Commerce Street, Room 1452
Dallas, TX 75242

75242+1310

Case # 3-10-CV-02136-L