IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LFP INTERNET GROUP, LLC | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 3-10-CV-2139-L-BD |
| DOES 1-2,619 | § § § | |
| Defendants. | § § | |

## ORDER

The motion for protective order [Doc. #5] and motion to quash subpoena [Doc. #6] filed by the "Doe" defendant at IP address 97.116.183.14, and the motion to quash subpoena [Doc. #8] filed by the "Doe" defendant at IP address 168.103.58.164, are denied without prejudice. Defendants may refile their motions, if necessary, after they comply with the Standing Order on Non-Dispositive Motions filed today.

SO ORDERED.

DATED: December 28, 2010.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE