IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LFP INTERNET GROUP, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-2139-L-BD |
| | § | |
| DOES 1-2,619 | § | |
| | § | |
| Defendants. | § | |

## ORDER

One of the "Doe" defendants in this case, identified only through his or her IP address, 97.116.183.14, has filed a motion to dismiss for lack of personal jurisdiction. Because the true identity of this defendant is not yet known to plaintiff, he or she is not before the court. If and when plaintiff amends its complaint to identify this defendant and serves process in accordance with the federal rules, defendant may challenge the exercise of personal jurisdiction. Until that time, defendant's motion to dismiss [Doc. #7] is denied as premature.

SO ORDERED.

DATED: December 28, 2010.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE