December 30, 2010

To whom it may concern,



I object to LFP Internet Group, LLC obtaining any of my personal information, including my name, address, telephone number, email address, or modem MAC address. It is unclear to me, at this time, what the actual accusation is and what "unspecified" copyrighted work was retrieved from my MAC address. I was unaware that someone could wirelessly connect to my internet, as I did not have a password in place on my wireless modem. However, it is possible that someone wirelessly connected to my modem and downloaded the copyrighted material in question. This problem has been resolved, and I am sorry for any inconvenience that this may have caused.

Thank you for your time,

"Doe" # 46

Case Number: 3:10-cv-02139-L – BD

Charter Case Number: 10-4952

USPS Express Mail Flat Rate Mailing Envelope with postage label ($18.30), U.S. District Court Northern District of Texas RECEIVED JAN -4 2011 stamp, and tracking barcode EG 656 313 1314 US. Origin ZIP 97526, Grants Pass, OR, dated Jan 03, 2011.