IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LFP INTERNET GROUP, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-2139-L-BD |
| | § | |
| DOES 1-2,619 | § | |
| | § | |
| Defendants. | § | |

## ORDER

On January 7, 2011, an unidentified Doe Defendant filed an objection to a subpoena served on his or her Internet Service Provider, Charter Communications. Under the federal rules, written objections to a Rule 45 subpoena must be served on the party or attorney designated in the subpoena. *See* FED. R. CIV. P. 45(c)(2)(B). In this case, the objection should be served on Evan F. Stone, counsel for Plaintiff LFP Internet Group, LLC. There is no provision in the federal rules for filing objections with the court. If defendant seeks to quash or modify the subpoena, he or she may seek relief from the court in an appropriate motion under Rule 45(c)(3), after the parties comply with the requirements of the Standing Order on Non-Dispositive Motions dated December 28, 2010.

Accordingly, the objection [Doc. #32] is stricken from the record of this case. The clerk is directed to note on the docket that this document has been unfiled.

SO ORDERED.

DATED: January 7, 2011.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE